[No. 5783–2–II.   Division Two.   October 4, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. FREDERICK ALLEN HOCKENBERRY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 58975, Waldo F. Stone, J., entered July 22, 1981. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Petrie and Reed, JJ.

[No. 5439–0–III.   Division Three.   October 4, 1983.]

*In the Matter of* EVERETT HAMILTON.

Appeal from a judgment of the Superior Court for Benton County, No. 81–7–00041–5, Duane E. Taber, J., entered October 8, 1982. *Affirmed* by unpublished per curiam opinion.

[No. 5080–7–III.   Division Three.   October 4, 1983.]

LEON NUCKLES, ET AL, *Appellants,* v. HARLEY HARDER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79–2–07376–2, Marcus M. Kelly, J., entered February 23, 1982. *Affirmed* by unpublished opinion per Green, A.C.J., concurred in by McInturff, J., and Edgerton, J. Pro Tem.

[No. 5439–6–II.   Division Two.   October 5, 1983.]

ELLEN M. STARKS, *Appellant,* v. NANCY E. KORSAK, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 80–2–00907–2, Thomas L. Lodge, J., entered March 6, 1981. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Petrie and Reed, JJ.